IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAMBERT SWEAT | ) |
| | ) |
| v. | ) NO. 3-11-0952 |
| | ) JUDGE CAMPBELL |
| WAYNE T. SMITH, et al. | ) |

ORDER

This action is referred to the Magistrate Judge for customized case management in accordance with Local Rule 16.01.

Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent further Order of the Court. The case shall not be stayed except upon Order of the District Judge.

This case shall be set for trial upon completion of the initial case management conference by Order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE